UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 04-149-KSF

MICHAEL VALENTOUR                                                                                           PLAINTIFF

V.                                        **SUMMARY JUDGMENT**

GEORGE W. NOE, M.D.,                                                                                     DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered contemporaneously with this judgment, the Court HEREBY ORDERS AND ADJUDGES that:

(1) summary judgment is entered in favor of all of the defendants;

(2) the plaintiff's federal claims are DISMISSED WITH PREJUDICE and the plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE;

(3) this judgment is final and appealable and no just cause for delay exists; and

(4) this matter is STRICKEN from the active docket.

This January 12, 2007.



Signed By:
*Karl S. Forester*  KSF
**United States Senior Judge**